Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2022 NOV -3 P 2:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

Makeba Atkins
_____
Plaintiff
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

Naval Sea Systems Command
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:22-CV-1401-LCB
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Makeba Atkins
   Street Address: 7711 Logan Dr SW
   City and County: Huntsville AL 35802 / Madison Co.
   State and Zip Code: AL 35802
   Telephone Number: 858 245 7195
   E-mail Address: makeba.atkins@gmail.com

☒ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

__11/3/22__  ___Makela Clarks___   want by mail  MA
Date                Participant Signature

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Naval Sea Systems Command
  Job or Title *(if known)*:
  Street Address: 1333 Isaac Hull Ave SE
  City and County: Washington Navy Yard
  State and Zip Code: DC 20376-0001
  Telephone Number: 202 781 5336
  E-mail Address *(if known)*: NAVSEAHQEEO.fct@navy.mil

Defendant No. 2
  Name: Rear Adm Stephen Williamson
  Job or Title *(if known)*: Director of NAVSEA 04
  Street Address: 1333 Isaac Hull Ave SE
  City and County: Washington Navy Yard
  State and Zip Code: DC 20376-0001
  Telephone Number: 202 781 0000
  E-mail Address *(if known)*:

Defendant No. 3
  Name: Michael Antiskay
  Job or Title *(if known)*: Engineer
  Street Address: 1333 Isaac Hull Ave SE
  City and County: Washington Navy Yard
  State and Zip Code: DC 20376-0001
  Telephone Number: 202 781 0000
  E-mail Address *(if known)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4
   Name                         Nancy Shaffer
   Job or Title (if known)      Chief of Staff NAVSEA 04
   Street Address               1333 Isaac Hull Ave SE
   City and County              Washington Navy Yard
   State and Zip Code           DC 20376-0001
   Telephone Number             202 781 0000
   E-mail Address (if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

   Name                NAVSEA
   Street Address      1333 Isaac Hull Ave SE
   City and County     Washington Navy Yard
   State and Zip Code  DC 20376-0001
   Telephone Number    202 781 0000

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to (check all that apply):

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

[X] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

[ ] Other federal law (specify the federal law):

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☒ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

From 2016 to present

C.    I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

- [ ] race
- [ ] color
- [x] gender/sex — verbal sexual harrassment only female in group
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [x] disability or perceived disability (specify disability) physical harrassment / mental harrassment / verbal harras anxiety, depression

E. The facts of my case are as follows. Attach additional pages if needed.

From 2016 to present - Management engaged in and allowed others to engage in a continuous pattern of verbal, sexual, and physical harrassment in the workplace.
From 2017 to present I was denied reasonable accomondation
On 2018 I was notified I could not work because I could not access classied information. I never access classified in my role.
Unpaid since 2018 due to hearing process and COVID

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

Oct 23 2018, but also had several Consultations before

B. The Equal Employment Opportunity Commission (check one):

- [x] NA — has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on (date) 18 Jan 2019

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

    C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

    ☒    60 days or more have elapsed.
    ☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$400,000 - I was unpaid for 2 years without raise and went into debt. Still unable to recover from unpaid status. Lost permanent employee status. Suffer from PTSD from ongoing harrassment that escalated to physical assaults. And unable to get my clearance back to work. Unable to find a job in my specialty of field.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/3/22

Signature of Plaintiff     *Makeba A[tkins]*
Printed Name of Plaintiff     Makeba Atkins

Page 6 of 7

**B.**     **For Attorneys**

Date of signing: _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Street Address            _____
State and Zip Code        _____
Telephone Number          _____
E-mail Address            _____



**DEPARTMENT OF THE NAVY**
NAVAL SEA SYSTEMS COMMAND
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376-0001

IN REPLY REFER TO
12713
Ser SEA 10E/019
18 Jan 2019

From: Equal Employment Opportunity Specialist, Headquarters, Naval Sea Systems Command
To: Ms. Makeba C. Atkins, 5401 Westbard Ave, Apt # 1514, Bethesda, MD 20816

Subj: NOTICE OF FINAL INTERVIEW/RIGHT TO FILE A DISCRIMINATION COMPLAINT, JANUARY 18, 2019 - DON #: 19-00024-00297

Encl: (1) Formal Complaint Form

1. During the intake process initiated on October 23, 2018, you alleged you were discriminated against on the basis of your disability (Mental) and reprisal (prior EEO Activity – DON#: 18-00024-00315 and DON#: 18-00024-01779) when management and Security subjected you to Harassment (Non-Sexual), of the following examples:

- From 2016 to present – Management engaged in, and allowed others to engage in a continuous pattern of verbal, sexual, and physical harassment in the workplace.
- From 2017 to present, you were denied a reasonable accommodation.
- On 6 September 2018, you were no longer allowed to access classified information.
- October 1, 2018, your security clearance was revoked and you were placed in status of indefinite administrative leave.

2. This is to inform you that since the dispute has not been resolved, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, age, disability (physical or mental), genetic information, and/or reprisal for engaging in EEO activity prior to the issue(s) in dispute. Any such complaint must concern the claims discussed during the counseling process and/or claims that are like or related to the previously discussed claim.

3. If you file a complaint, it must be in writing, signed, and filed in person or by mail within **fifteen (15) calendar days** after receipt of this notice, with the following officials authorized to receive discrimination complaints:

> Naval Sea Systems Command (NAVSEA
> ATTN: Deputy EEO Officer
> Office of Equal Employment Opportunity (EEO)
> Diversity and Inclusion (SEA10 E)
> 1339 Patterson Ave, SE
> Washington Navy Yard, DC 20376-0001
> Fax Number: (202) 781-4770

Subj: NOTICE OF FINAL INTERVIEW/RIGHT TO FILE A DISCRIMINATION COMPLAINT, JANUARY 18, 2019 - DON #: 19-00024-00297

4. A Formal Complaint of Discrimination Form, (Enclosure 1) is provided for your use. If you have any amendments that you would like to include with your complaint, you must submit these amendments in writing to the EEO Office.

5. The NAVSEA HQ EEO Office, address provided above, must process your discrimination complaint. To expedite your complaint, you are urged to file directly with them since the complaint will be referred back to that office for processing.

6. A complaint shall be deemed timely if it is received or postmarked before the expiration of the **15-calendar day filing period**, or, in the absence of a legible postmark, it is received by mail within five days of the expiration of the filing period.

7. The issues in the formal complaint, which were discussed with me, and the matter giving rise to the complaint, must be sufficiently precise to identify you and the Activity and to describe the action(s) or practice(s) that form the basis of the complaint. Failure to provide this information may result in the dismissal of your complaint for failure to state a claim.

8. The Complaint must also state whether you have filed a grievance under a negotiated grievance procedure on the same subject matter, including the dates on which a grievance was filed. This information is necessary for the Department of the Navy to determine whether your complaint is appropriate for processing under 29 CFR § 1614.

9. If you retain an attorney or any other person to represent you, you or your representation must immediately notify Ms. Debbie Joseph, Acting Deputy Equal Employment Opportunity Officer, in writing. You and/or your representative will receive a written acknowledgment of your discrimination complaint from the Acting Deputy EEO.

1/18/2019

X Cheryl B. Meadows

Cheryl Meadows for Thomas Labelle

Signed by: MEADOWS.CHERYL.BARNES.1229695874

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MEMO Notice of Final Interview/Right to File a Discrimination Complaint** in the discrimination complaint of Ms. Makeba C. Atkins DON #: 19 -00024 -00297 was mailed January 18, 2019 to the following:

| **ADDRESS** | **MAIL METHOD** |
|---|---|
| Ms. Makeba C. Atkins<br>5401 Westbard Ave, Apt # 1514<br>Bethesda, MD 20816 | via email<br>makeba.c.atkins@navy.mil<br>makeba.atkins@gmail.com<br>w/encl |

_____          _____

RESPONSIBLE PARTY                                    DATE


"For timeliness purposes, it will be presumed that this notice was received within five (5) calendar days after it was mailed for delivery via regular mail."

3